Jodie Berger (SBN 124144)
jberger@wclp.org
Richard Rothschild (SBN 67356)
rrothschild@wclp.org
Robert Newman (SBN 86534)
rnewman@wclp.org
Antionette Dozier (SBN 244437)
adozier@wclp.org
**WESTERN CENTER ON LAW & POVERTY**
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
T: (213) 235-2617
F: (213) 487-0242

Lindsay Nako (SBN 239090)
lnako@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
**IMPACT FUND**
2080 Addison St., Suite 5
Berkeley, CA 94704
T: (510) 845-3473
F: (510) 845-3654

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary, United States Department of Agriculture, in his official capacity; SHALANDA YOUNG, Director of the United States Office of Management and Budget, in her official capacity.<br><br>Defendants. | Case No.: 3:23-cv-04678<br><br>**DECLARATION OF JODIE BERGER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**<br><br>CLASS ACTION<br><br>Hearing Date: September 13, 2023<br>Time: TBD<br><br>Action filed: September 12, 2023 |

1

**DECLARATION OF JODIE BERGER ISO MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**
Case No. 3:23-cv-04678

**DECLARATION OF JODIE BERGER**

I, Jodie Berger, declare:

1. I am an attorney licensed to practice law in the State of California and am one of the attorneys for plaintiffs in this case. I have personal knowledge of the facts contained in this declaration unless indicated otherwise, and, if called as a witness, am competent to testify to those facts.

2. On September 12, 2023 at 2:06 p.m., I notified Shana Mehta with the U.S. Attorney's office that Plaintiffs' are seeking ex parte application for provisional class certification, and that Plaintiffs' were requesting a hearing on that application on September 13, 2023, and would inform the U.S. Attorney's office if a different date is set.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct.

Executed on the 12th day of September 2023, at Oakland, California.

By: *[signature]*
Jodie Berger
WESTERN CENTER ON LAW AND POVERTY