Jodie Berger (SBN 124144)
jberger@wclp.org
Richard Rothschild (SBN 67356)
rrothschild@wclp.org
Robert Newman (SBN 86534)
rnewman@wclp.org
adozier@wclp.org
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
T: (213) 235-2617
F: (213) 487-0242

Lindsay Nako (SBN 239090)
lnako@Impactfund.Org
Meredith Dixon (SBN 346864)
mdixon@Impactfund.Org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@Impactfund.Org
IMPACT FUND
2080 Addison St., Suite 5
Berkeley, CA 94704
T: (510) 845-3473
F: 510) 845-3654

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS J. VILSACK, Secretary, United States Department of Agriculture, in his official capacity; SHALANDA YOUNG, Director of the United States Office of Management and Budget, in her official capacity.<br><br>Defendants. | Case No.: 3:23-cv-04678<br><br>**DECLARATION OF GINA PLATA-NINO IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>CLASS ACTION<br><br>Hearing Date: September 13, 2023<br><br>Time: TBD<br><br>Action filed: September 12, 2023 |

I, Gina Plata-Nino, declare that the facts set forth in this declaration are based on my firsthand knowledge, and that if called as a witness I could and would competently testify under oath to the following statements.

1

**DECLARATION OF GINA PLATA-NINO ISO EX PARTE APPLICATION**
**Case No. 3:23-cv-04678**

1.      I, Gina Plata-Nino, JD, operate as the SNAP Deputy Director at the Food Research & Action Center (FRAC). I have been working in this role at FRAC for almost a year. I have over 12 years of experience in entitlement and public benefits programs, humanitarian-based immigration law, employment public accommodation rights, and housing law. I am an expert in SNAP having led a legal services program for over six years specifically on expanding and strengthening SNAP. I am an expert in relationship and coalition building to bring about support for different issues. My work also includes experience in legislative, administrative, regulatory, and policy issues impacting families with low incomes, older adults, and other vulnerable populations.

2.      Since 1970, FRAC has served as the nation's preeminent anti-hunger policy leader by creating and defending successful policies at the federal, state, and local levels that help people struggling against hunger and poverty access the nutrition they need to thrive. FRAC focuses on expanding access and eligibility and improving participation, benefit amounts, and nutrition quality in the federal nutrition programs administered by the U.S. Department of Agriculture (USDA). These include the Supplemental Nutrition Assistance Program (SNAP), the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), school meals, afterschool and summer nutrition, childcare food, and Pandemic/Summer Electronic Benefit Transfer (EBT). As such, FRAC's principal function is the provision of professional advisory, research, and educational services to federal, state, and local agencies, nonprofits, and other stakeholders related to the public management of the federal nutrition programs.

3.      FRAC is a leading organization in the United States devoted to advocacy on behalf of beneficiaries of national food programs, particularly SNAP, which is one of our principal areas of expertise.

4.      SNAP is our nation's number one defense against hunger and supports the economy. We have been tracking the hunger cliff caused by the end of the Emergency Allotments (EAs) have had on food insufficiency. As a result of diminished benefits, over 2 million people have experienced food insufficiency.

5.      We have closely followed research on this ongoing impact exacerbated by the end of the Public Health Emergency and its flexibilities and have found that SNAP recipients have reported not

having the household essentials they typically need. Recipients also reported being forced to choose between buying food or paying rent and utility and other bills.

6. The decrease in SNAP benefits also has impacted grocery retailers. Economists estimate that grocery retailers are set to lose 20 billion this year in sales due to the SNAP benefit reduction caused by the end of Emergency Allotments.

7. Considering the Hunger Cliff that SNAP recipients have been facing, we know that any stoppage of benefits will have detrimental consequences to SNAP recipients.

8. We are certain a government shutdown will have a negative impactful outcome as the harm was well documented just four years ago during the last major federal shutdown.

9. Disrupting these benefits would cause immense harm to the households who rely on the program to eat, overwhelm our partner food assistance agencies, and undermine FRAC's mission to improves the nutrition, health, and well-being of people struggling against poverty-related hunger in the United States.

I hereby declare under penalty of perjury under the laws of under the laws of the United States of America that the foregoing is true and correct.

*Gina Plata-Nino*

_____        __9/11/2023_____
Gina Plata-Nino, JD                           Date