Jodie Berger (SBN 124144)
jberger@wclp.org
Richard Rothschild (SBN 67356)
rrothschild@wclp.org
Robert Newman (SBN 86534)
rnewman@wclp.org
Antionette Dozier (SBN 244437)
adozier@wclp.org
**WESTERN CENTER ON LAW & POVERTY**
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
T: (213) 235-2617
F: (213) 487-0242

Lindsay Nako (SBN 239090)
lnako@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
**IMPACT FUND**
2080 Addison St., Suite 5
Berkeley, CA 94704
T: (510) 845-3473
F: (510) 845-3654

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary, United States Department of Agriculture, in his official capacity; SHALANDA YOUNG, Director of the United States Office of Management and Budget, in her official capacity.<br><br>Defendants. | Case No.: 3:23-cv-04678<br><br>**DECLARATION OF ERICA PADILLA CHAVEZ IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>CLASS ACTION<br><br>Hearing Date: September 13, 2023<br>Time: TBD<br><br>Action filed: September 12, 2023 |

## DECLARATION OF ERICA PADILLA CHAVEZ

I, **Erica Padilla Chavez**, declare as follows:

1. I have personal knowledge of the facts in this declaration and am competent to testify to them.

2. I am the Chief Executive Officer of Second Harvest Food Bank Santa Cruz County. I oversee all operations and resources of the organization.

3. Second Harvest Food Bank Santa Cruz County is a non-profit anti-hunger organization. Our mission is to inspire and support Santa Cruz County to provide nourishment for all community members.

4. Second Harvest Food Bank Santa Cruz County was the first food bank in California, and the second food bank in the nation. Our organization partners with over 100 community organizations to distribute food throughout the county. We are the only food bank serving our county.

5. Second Harvest Food Bank Santa Cruz County provides food to roughly 65,000 Santa Cruz County residents every month and distributes approximately twelve million pounds of food a year.

6. After a recent survey of 52,000 participants, we determined that 16 percent of the people we serve are seniors; 52 percent are adults between the ages of 18 and 64; 20 percent are children between the ages of 6 and 17; and 12 percent of our participants have infants at home. Additionally, 65 percent of our participants are enrolled in Medi-Cal or Medicare, and 20 percent of our participants are enrolled in CalFresh.

7. As the only food bank serving Santa Cruz County, our organization is keenly aware of the food needs of Santa Cruz County. Our demand for food has increased by approximately 20 percent since the pandemic-era Emergency Allotments ended. Additionally, disaster relief efforts following recent floods have led to further increases in demand for food.

8. Our organization recently commissioned a food insecurity report in 2020 through

the University of California Santa Cruz' Center for Poverty on Social Enterprise and Participatory Governance. The report found that in our county, the equivalent of more than thirty-million meals were offered in 2020. SNAP program accounted for 42 percent of these meals. Food banks provided 32 percent of these meals, and the remaining meals were provided through WIC and school meal programs. This means that SNAP is the largest program feeding our county.

9. If the largest program feeding our community were to stop, our food bank would simply not be able to meet the needs, especially because our food supply was significantly diminished following recent disasters.

10. Our organization is actively planning to mitigate as much harm as we can in light of a possible interruption or pause in SNAP benefits. However, we will not be able to meet the needs of all of our residents.

11. The additional demand caused by a SNAP shutdown would cause additional strain on our organization's programming, including by potentially causing our organization to no longer be able to offer food delivery services. Food delivery services are essential to meeting the needs of many in our community, but if the SNAP program were to shut down, we would likely need to stop providing this service to focus on food procurement including potentially mass food distributions.

12. SNAP is a critical anti-hunger program in Santa Cruz, and an interruption in SNAP benefits would cause tremendous irreparable harm to our residents.

I hereby declare under penalty of perjury under the laws of under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2023, in Santa Cruz County.

Date: September 11, 2023

*Erica Padilla-Chavez*
**Erica Padilla Chavez**
Second Harvest Food Bank Santa Cruz

3