Jodie Berger (SBN 124144)
jberger@wclp.org
Richard Rothschild (SBN 67356)
rrothschild@wclp.org
Robert Newman (SBN 86534)
rnewman@wclp.org
Antionette Dozier (SBN 244437)
adozier@wclp.org
**WESTERN CENTER ON LAW & POVERTY**
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
T: (213) 235-2617
F: (213) 487-0242

Lindsay Nako (SBN 239090)
lnako@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
**IMPACT FUND**
2080 Addison St., Suite 5
Berkeley, CA 94704
T: (510) 845-3473
F: (510) 845-3654

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOM VILSACK, Secretary, United States Department of Agriculture, in his official capacity; SHALANDA YOUNG, Director of the United States Office of Management and Budget, in her official capacity.<br><br>Defendants. | Case No.: 3:23-cv-04678<br><br>**DECLARATION OF SHIMICA GASKINS IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR TRO AND OSC RE: PRELIMINARY INJUNCTION**<br><br>CLASS ACTION<br><br>Hearing Date: September 13, 2023<br>Time: TBD<br><br>Action filed: September 12, 2023 |

1

**DECLARATION OF SHIMICA GASKINS ISO *EX PARTE* APPL. FOR TRO AND OSC RE: PRELIMINARY INJUNCTION**
Case No. 3:23-cv-04678

# DECLARATION OF SHIMICA GASKINS

I, Shimica Gaskins, declare as follows:

1. I have personal knowledge of the facts in this declaration and am competent to testify to them.

2. I am President and Chief Executive Officer of Gather, Respect, Advocate, Change, Engage (GRACE) and End Child Poverty California.

3. GRACE's mission is to end child poverty in California. We work to achieve this goal through legislative advocacy and by raising public awareness of the child poverty crisis in California.

4. We are a hub for a major anti-poverty coalition of over 170 groups across California.

5. Our work is informed by the Lifting Children and Families Out of Poverty Task Force Report created in partnership with a range of expert anti-poverty stakeholders.[1] This Task Force developed a comprehensive state plan to dramatically reduce child poverty.[2] This is known as the End Child Poverty Plan. GRACE uses this plan to formulate action items to end child poverty. For example, we emphasize nutrition support programs and education because this is vital to lift children and families out of poverty.[3]

6. Across the country, households with children have a higher rate of food insecurity than households overall. Yet, California has the highest child poverty rate in the country.[4] In California, CalFresh has reduced overall California poverty rates among children.

7. Many of GRACE's Steering Committee members are direct service providers,

---

[1] California Lifting Children and Families Out of Poverty Task Force, available at https://www.endchildpovertyca.org/wp-content/uploads/2018/11/AB1520-Child-Poverty-Task-Force-Report-and-Recommendations-FINAL.pdf (last visited September 12, 2023)
[2] The End Child Poverty Plan, available at http://www.endchildpovertyca.org/#theplan (last visited September 12, 2023)
[3] Center on Poverty and Social Policy at Columbia University, available at https://www.povertycenter.columbia.edu/news-internal/food-assistance-can-disrupt-intergenerational-poverty (last visited September 12, 2023)
[4] Public Policy Institute of California, available at https://www.ppic.org/publication/poverty-in-california/ (last visited September 12, 2023)

providing a spectrum of family-facing support, including food assistance. This includes The California Association of Food Banks, and their member food banks, which are the backbone of the state's emergency food system and a major CalFresh outreach and application assistance network; Promise Neighborhoods which provide emergency food as well as CalFresh application assistance; and the California Alternative Payment Program Association CAPPA agencies who help families enroll into CalFresh and host/partner with childcare and school system pantries.

8. These agencies have shared with GRACE the record impact community-based organizations are already facing given the "hunger cliff", as the loss of pandemic food supports caused SNAP households immediately to fall back into hunger, with the loss of 1/3 of federal nutrition safety net already this year.[5] The hardship also has been widely reported in the media.[6]

9. The loss of these additional food benefits is expected to undermine the recent decline in child poverty.

10. CalFresh is the state's first line of defense against hunger. Disrupting these benefits would cause immense harm to the households who rely on the program to eat, overwhelm our partner food assistance agencies, and undermine GRACE's mission to end child poverty in California.

11. We are certain of these outcomes, as the harm was well documented just four

---

[5] California Association of Food Banks, available at https://www.cafoodbanks.org/wp-content/uploads/2023/03/2023_Emergency-Allotments-PEBT_Factsheet.pdf. (last visited September 12, 2023)

[6] CalMatters, *How hungry is California? Millions struggle to eat well in an abundant state*, available at https://calmatters.org/explainers/california-hunger-crisis/ (last visited September 12, 2023); Mercury News, *Catastrophic hunger crisis? California food banks flooded by families seeking help*, available at https://www.mercurynews.com/2023/06/12/a-catastrophic-hunger-crisis-california-food-banks-are-being-flooded-by-families-seeking-help/ (last visited September 12, 2023); Fox 5 News, *Hunger crisis expected in California as end of COVID-19 emergency prompts cuts to food security programs*, available at https://fox5sandiego.com/news/california-news/hunger-crisis-expected-in-california-as-end-of-covid-19-emergency-prompts-cuts-to-food-security-program/ (last visited September 12, 2023)

years ago during the last major federal shutdown.  *See,* Nutrition Policy Institute;[7] UC Division of Agriculture and Natural Resources, "Study: Government shutdown stressed food assistance program participants (Sept. 30, 2021).[8]

I declare under penalty of perjury that the foregoing is true and correct.  I executed this declaration on September 12, 2023, in Lake Arrowhead, CA.

Date: September 12, 2023

Shimica Gaskins
President and CEO
GRACE/End Child Poverty, California

---

[7] Nutrition Policy Institute Research Brief, *How SNAP Participants Experienced the 2018-19 Government Shutdown and SNAP Benefit Disruption*, available at https://ucanr.edu/sites/NewNutritionPolicyInstitute/files/316104.pdf (last visited September 12, 2023)

[8] Food News from UC Division of Agriculture and Natural Resources, available at https://ucanr.edu/blogs/blogcore/postdetail.cfm?postnum=50526 (last visited September 12, 2023)

4
**DECLARATION OF SHIMICA GASKINS ISO *EX PARTE* APPL. FOR TRO AND OSC RE: PRELIMINARY INJUNCTION**
Case No. 3:23-cv-04678