Jodie Berger (SBN 124144)
jberger@wclp.org
Richard Rothschild (SBN 67356)
rrothschild@wclp.org
Robert Newman (SBN 86534)
rnewman@wclp.org
Antionette Dozier (SBN 244437)
adozier@wclp.org
**WESTERN CENTER ON LAW & POVERTY**
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
T: (213) 235-2617
F: (213) 487-0242

Lindsay Nako (SBN 239090)
lnako@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
**IMPACT FUND**
2080 Addison St., Suite 5
Berkeley, CA 94704
T: (510) 845-3473
F: (510) 845-3654

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary, United States Department of Agriculture, in his official capacity; SHALANDA YOUNG, Director of the United States Office of Management and Budget, in her official capacity.<br><br>Defendants. | Case No.: 3:23-cv-04678<br><br>**DECLARATION OF JACQUELINE BENITEZ IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPROARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>CLASS ACTION<br><br>Hearing Date: September 13, 2023<br>Time: TBD<br><br>Action filed: September 12, 2023 |

# DECLARATION OF JACQUELINE BENITEZ

I, Jacqueline Benitez, declare as follows:

1. I am a plaintiff and a proposed class representative in this case. I have personal knowledge of the facts in this declaration and am competent to testify to them.

1. I am 22 years old. I have no children.

2. I am a resident of Downey, in Los Angeles County.

3. I live alone in a 1 bed apartment.

4. I currently receive $55 per month in CalFresh benefits. I will be getting $88/month as of October 2023.

5. I was homeless for two years after my grandmother, who I lived with, passed away during the COVID pandemic. That was a difficult time in my life. Eventually, I was able to stay in homeless student housing and have since found permanent subsidized housing.

6. I struggled to find a job that paid enough money to meet my basic living expenses.

7. I am now employed part-time as pre-school teacher. I try to work as many hours as I can.

8. I am also attending Cal State Long Beach, majoring in Child Development and Family Services so I can increase my earning capacity. I get financial aid, some of which I can use to meet my living expenses.

9. My monthly expenses for my basic needs such as rent, utilities, car insurance and gas needed to go to work, and out of pocket medical expenses are almost identical to my monthly take home income. I try to save any extra income from the months where I can work more hours to use in the months when my basic expenses go over my take home pay.

10. I have very little cash to use for buying food. I budget about $100 per month for food. That includes my CalFresh benefits.

11. I barely have enough food even with my CalFresh benefits. Those benefits are the reason I don't go hungry.

12. It is already a struggle to meet my food needs since I don't have much cash

income to pay for food. I do not eat three meals a day. I have a bowl of cereal and one full meal a day. Sometimes I get snacks from my worksite.

13. If my CalFresh benefits are delayed, or taken away all together, I will have a hard time getting enough to eat every day, as I would lose more than half my food buying capacity. I will be hungry, and this will make it hard for me to work as a preschool teacher and do well in my college classes.

14. I want to keep my CalFresh benefits going, but I also want to help all the other people like me in California and the rest of the country whose SNAP food benefits will be delayed or suspended if the federal government shutdown. I know that my job as a class representative is to stay informed about the lawsuit, give information and feedback to my lawyers, and participate in court or other case-related events. I also know that I need to put the interests of the class members ahead of my own, and I am prepared to take on that responsibility.

I hereby declare under penalty of perjury under the laws of under the laws of the United States of America that the foregoing is true and correct.

Executed on  9/10/2023 , 2023, in Los Angeles County.

Jacqueline Benitez