Jodie Berger (SBN 124144)
jberger@wclp.org
Richard Rothschild (SBN 67356)
rrothschild@wclp.org
Robert Newman (SBN 86534)
rnewman@wclp.org
Antionette Dozier (SBN 244437)
adozier@wclp.org
**WESTERN CENTER ON LAW & POVERTY**
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
T: (213) 235-2617
F: (213) 487-0242

Lindsay Nako (SBN 239090)
lnako@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
**IMPACT FUND**
2080 Addison St., Suite 5
Berkeley, CA 94704
T: (510) 845-3473
F: (510) 845-3654

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary, United States Department of Agriculture, in his official capacity; SHALANDA YOUNG, Director of the United States Office of Management and Budget, in her official capacity.<br><br>Defendants. | Case No.: 3:23-cv-04678<br><br>**DECLARATION OF LOUISE HAYES IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>CLASS ACTION<br><br>Hearing Date: September 13, 2023<br>Time: TBD<br><br>Action filed: September 12, 2023 |

I, Louise Hayes, pursuant to 28 U.S.C. § 1746, declare as follows.

1. I have personal knowledge of the facts in this declaration. If asked to testify at a hearing, I could and would testify truthfully and competently to the following based on personal knowledge.

2. I am a Supervising Attorney at Community Legal Services of Philadelphia.

3. Community Legal Services of Philadelphia is the largest provider of civil legal services in Philadelphia, each year representing over 11,000 low-income Philadelphians with a wide variety of legal problems. We also engage in litigation and policy advocacy to solve systemic problems at the root. Because our clients are low-income, the overwhelming majority of them receive Supplemental Nutrition Assistance Program (SNAP) benefits.

4. I am Community Legal Services' primary SNAP advocate. In addition to helping CLS clients to get and keep SNAP, I engage in advocacy with federal, state, and local governments to help ensure the SNAP program in Pennsylvania is robust and accessible to our clients.

5. On September 8, 2023, I emailed Carl Feldman, Director of the Bureau of Policy with the Pennsylvania Department of Human Services' Office of Income Maintenance. I believe he is Pennsylvania's SNAP Director, though he might instead supervise Pennsylvania's SNAP Director. I inquired about the date by which the state must transmit the EBT files in order to ensure that households timely receive their October 2023 benefits. Specifically, I emailed, "A legal services organizational ally is worried that a federal government shutdown would affect SNAP issuance, and is preparing litigation to seek to ensure continued issuance in that case. They're asking what states' deadlines are for transmitting EBT files in order to timely issue October SNAP benefits. 1. Are you worried about this? 2. If so, what's PA's deadline?"

6. On September 8, 2023, Mr. Feldman responded that the EBT files must be transmitted by September 25, 2023 to ensure that households receive timely October benefits. Specifically, he stated, "We are concerned about it. We really need to know ASAP. Payments

2

**DECLARATION OF LOUISE HAYES ISO PLAINTIFFS' EX PARTE APPLICATION FOR TRO AND OSC RE: PRELIMINIARY INJUNCTION**
Case No. 3:23-cv-04678

would need to start being issued by 9/25. Unfortunately, we cannot proceed without FNS guidance and that is often held until fairly late in negotiations."

I hereby declare under penalty of perjury under the laws of Pennsylvania and the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2023, in Philadelphia, Pennsylvania.

_/s/ Louise Hayes_
Louise Hayes