UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. VILSACK, et al., <br><br> Defendants. | Case No. 23-cv-04678-JST <br><br> **ORDER DENYING EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE; DEFERRING RULING ON APPLICATION FOR PROVISIONAL CLASS CERTIFICATION; AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** <br><br> Re: ECF Nos. 11, 12 |

Before the Court is Plaintiffs Anika Okje Erdmann-Browning and Jacqueline Benitez's ex parte application for provisional class certification, ECF No. 11, and ex parte motion for a temporary restraining order and an order to show cause why a preliminary injunction should not issue, ECF No. 12.

The Court denies the motion for temporary restraining order without prejudice and defers a ruling on the motion for provisional class certification. Plaintiffs have not "clearly show[n] that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1). Although Defendants submitted a truncated response to Plaintiffs' motion one day after that motion was filed, Defendants have not yet had "reasonable notice and an opportunity to be heard," *Parcel Pending, Inc. v. Johanides*, No. SACV 21-01165-CJC(JDEx), 2021 WL 4913297, at *3 (C.D. Cal. July 13, 2021), and their request for additional time to file a fuller response is justified under the circumstances.

The Court sets a hearing on Plaintiffs' request for an injunction and motion for provisional class certification on September 27, 2023 at 9:30 a.m. Defendants' opposition is due September

20, 2023.  Plaintiffs' reply is due September 22, 2023.  The Court also sets a case management conference on September 19, 2023 at 9:30 a.m.

Unless the Court orders otherwise, both the motion hearing and the case management conference will proceed by Zoom.

**IT IS SO ORDERED.**

Dated:  September 14, 2023

_____
JON S. TIGAR
United States District Judge