# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMAS J. VILSACK, Secretary of the United States Department of Agriculture, in his official capacity, and SHALANDA YOUNG, Director of the United States Office of Management and Budget, in her official capacity,<br><br>Defendants. | Case No. 4:23-cv-04678<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

Before this Court is a motion to dismiss for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), filed by Defendants Thomas J. Vilsack, in his official capacity as Secretary of the United States Department of Agriculture, and Shalanda Young, in her official capacity as Director of the United State Office of Management and Budget. ECF No. 44.

The Court GRANTS the motion and DISMISSES this action.

**IT IS SO ORDERED.**

Dated: _____

_____
JON S. TIGAR
United States District Judge