DocuSign Envelope ID: F6688AE7-16A4-490A-A774-63265A064356

```
 1  Jodie Berger (SBN 124144)
    jberger@wclp.org
 2  Richard Rothschild (SBN 67356)
    rrothschild@wclp.org
 3  Robert Newman (SBN 86534)
    rnewman@wclp.org
 4  Antionette Dozier (SBN 244437)
    adozier@wclp.org
 5  WESTERN CENTER ON LAW & POVERTY
    3701 Wilshire Blvd., Suite 208
 6  Los Angeles, CA 90010
    T: (213) 235-2617
 7  F: (213) 487-0242

 8  Lindsay Nako (SBN 239090)
    lnako@impactfund.org
 9  Lori Rifkin (SBN 244081)
    lrifkin@impactfund.org
10  Fawn Rajbhandari-Korr (SBN 315888)
    fkorr@impactfund.org
11  Meredith Dixon (SBN 346864)
    mdixon@impactfund.org
12  IMPACT FUND
    2080 Addison St., Suite 5
13  Berkeley, CA 94704
    T: (510) 845-3473
14  F: (510) 845-3654

15  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary of the United States Department of Agriculture, in his official capacity; SHALANDA YOUNG, Director of the United States Office of Management and Budget, in her official capacity.<br><br>Defendants. | Case No.: 4:23-cv-04678-JST<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF JACQUELINE BENITEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing date: March 14, 2024<br>Time: 2:00 p.m.<br><br>Action filed: September 12, 2023 |

1

**DECLARATION OF JACQUELINE BENITEZ**

I, Jaqueline Benitez, declare as follows:

1. I am a plaintiff and a proposed class representative in this case. I have personal knowledge of the facts in this supplemental declaration and am competent to testify to them.

2. I am 22 years old. I am single and I have no children.

3. I am a resident of Bellflower in Los Angeles County.

4. I live alone in a studio/1 bed apartment.

5. I currently receive $88 per month in CalFresh benefits. I receive my benefits on the 8th of the month. I am certified to receive CalFresh benefits through May 2024.

6. I was homeless for two years after my grandmother, who I lived with, passed away during the COVID pandemic. That was a difficult time in my life. Eventually, I was able to stay in homeless student housing and have since found permanent subsidized housing.

7. I struggled to find a job that paid enough money to meet my basic living expenses.

8. I am now employed part-time as pre-school teacher. I try to work as many hours as I can. I am capped at 950 hours a year, and generally work 20 hours/week, although my schedule varies. For example, I was out of work for an entire week in November 2023 because I was sick. In January 2024, I worked less than 20 hours and I will work approximately 20 hours in February 2024.

9. I am also attending Cal State Long Beach with my major being Child Development and Family Services, so I can increase my earning capacity and be self-sufficient. I get financial aid, some of which is not earmarked, so I can use it to meet my living expenses. I use financial aid to cover some of my living expenses when school holidays and breaks mean that I have fewer work hours and lower income. But since the earmarked financial aid does not meet all of my school expenses, I wind up needing to use the other funds mostly for school.

10. My monthly expenses for my basic needs such as rent, utilities, transportation to work and school (car insurance, gas, parking, DMV costs), out of pocket medical expenses and school expenses not covered by financial aid are almost identical to my monthly take home

income, as long as I do not miss any work because I get sick.  If I miss work, I will have to eat less that month because of my lower take home pay.  For this reason, I try to save any extra income from the months where I can work more hours to use in the months when my basic expenses go over my take-home pay.  Savings can also help me pay my larger bills that can't be paid in installments like DMV charges, my parking permit, or emergency room visits and unanticipated medical expenses.

11. I have very little cash to use for buying food.  I had a budget of about $100 per month for food.  I got a pay raise in January that was really needed because of the big jump in food costs.  My food now costs more like $150-175/month, which includes my $88 in CalFresh benefits.

12. I usually go shopping when my benefits arrive on my card.  I spend all the benefits in one shopping trip and try to make that last 2 weeks.  When that food is running out, I have to use my cash.  I don't buy expensive food.  I almost never buy produce, unless I know I can eat what I buy right away, to make sure I'm not wasting any fresh food.  These days, with the uncertainty of CalFresh benefits, I only buy food that I can store in the pantry in case the government terminates my benefits and I am left without any means to purchase food.

13. I barely have enough food even with my CalFresh benefits.  Those benefits are the reason I don't go hungry.

14. It is already a struggle to meet my food needs since I don't have much cash income to pay for food.  I do not eat three meals a day.  I used to have a bowl of cereal in the morning and one full meal at dinnertime.

15. Once I learned that there may be a government shutdown that could mean my CalFresh stopped, I dropped breakfast and only eat a small meal for dinner.  Some days I may get leftover snacks available at the preschool, but that is never guaranteed.  I stopped eating breakfast to ration my food intake in case my CalFresh benefits are terminated.  Instead of eating a full serving for dinner I have a smaller serving to reserve more food for the next day.  I am usually hungry throughout the day, which is hard when I am taking care of young children.  Sometimes I drink more water to feel fuller or to hide my hunger and get through the day.

16. With CalFresh benefits so uncertain for so many months I find that I am constantly scared and panicked. I must choose between necessary medication and food, or utilities and food. For example, when I was very sick in November 2023, I was not able to buy all the medications I needed and I spent $25 on an emergency room prescription leaving me with only $5. Instead of buying additional over the counter medication to reduce my fever, I saved the $5 in case my benefits were terminated. I decided I might need that $5 for food more than I needed to reduce my fever. I often turn off the lights in my apartment because I am worried about having to pay an electric bill that will drain my bank account leaving me without money for food.

17. In November 2023, I was actually glad that I was too sick to eat because it meant that I could ration even more food in the face of uncertain CalFresh benefits.

18. I don't know what else I can do. I am helpless to do anything more. I can't eat less than one small meal a day. I also worry about the families of the children I teach – they are all low income and I know they would be really hard hit if their CalFresh benefits were delayed.

19. If my CalFresh benefits are delayed or taken away all together, I will have a hard time getting enough to eat every day, as I would lose more than half my food buying capacity. I will be hungry, and this will make it hard for me to work as a preschool teacher and do well in my college classes.

20. I want to keep my CalFresh benefits going, but I also want to help all the other people like me in California and the rest of the country whose SNAP food benefits will be delayed or suspended if the federal government shutdown. I know that my job as a class representative is to stay informed about the lawsuit, give information and feedback to my lawyers, and participate in court or other case-related events. I also know that I need to put the interests of the class members ahead of my own, and I am prepared to take on that responsibility.

I hereby declare under penalty of perjury under the laws of under the laws of the United

//
//
//

4
**SUPPL. DECL. OF JACQUELINE BENITEZ ISO PLAINTIFFS' MOTION FOR PI**
Case No. 4:23-cv-04678-JST

|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  | States of America that the foregoing is true and correct. |
| 4  | Executed on  2/3/2024 , 2024, in Los Angeles County. |
| 5  | DocuSigned by: |
| 6  | Jacqueline Benitez |
| 7  |    |