Jodie Berger (SBN 124144)
jberger@wclp.org
Richard Rothschild (SBN 67356)
rrothschild@wclp.org
Robert Newman (SBN 86534)
rnewman@wclp.org
Antionette Dozier (SBN 244437)
adozier@wclp.org
**WESTERN CENTER ON LAW & POVERTY**
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010
T: (213) 235-2617
F: (213) 487-0242

Lindsay Nako (SBN 239090)
lnako@impactfund.org
Lori Rifkin (SBN 244081)
lrifkin@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
**IMPACT FUND**
2080 Addison St., Suite 5
Berkeley, CA 94704
T: (510) 845-3473
F: 510) 845-3654

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA OKJE ERDMANN-BROWNING and JACQUELINE BENITEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. VILSACK, Secretary of the United States Department of Agriculture in his official capacity, SHALANDA YOUNG, Director of the United States Office OF Management and Budget, in her official capacity. <br><br> Defendants. | Case No.: 4:23-cv-04678-JST <br><br> CLASS ACTION <br><br> **DECLARATION OF JODIE BERGER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Hearing date: March 14, 2024 <br> Time: 2:00 p.m. <br><br> Action filed: September 12, 2023 |

**DECLARATION OF JODIE BERGER**

I, Jodie Berger, declare:

1. I am an attorney licensed to practice law in the State of California and am one of the attorneys for plaintiffs in this case. I have personal knowledge of the facts contained in this declaration unless indicated otherwise, and, if called as a witness, am competent to testify to those facts.

2. On February 29, 2024 the parties agreed to a briefing schedule, subject to court approval, for Plaintiffs' motion for class certification. The agreement and schedule are attached as Exhibit A, with earlier discussion thread redacted.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct.

Executed on the February 28, 2024 in Oakland, California.

By: _____
Jodie Berger
WESTERN CENTER ON LAW AND
POVERTY

# EXHIBIT A

| | |
|---|---|
| **From:** | Jodie Berger |
| **To:** | Westmoreland, Rachael (CIV) |
| **Subject:** | RE: Erdmann - stipulation |
| **Date:** | Thursday, February 29, 2024 4:22:57 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | 2024.02.29 Stip to expedite PI proceedings.signed.docx |
| | image005.png |
| | image007.png |

Thank you.  I accepted all changes, but had to do some reformatting.  Please confirm your /s/ signature if you consider this the final document.

(And then go be with your baby!)

Thank you.



**Jodie Berger** (she/her)
Senior Attorney
449 15th Street, Suite 301, Oakland, CA 94612
D 213-235-2620  F 213.487.0242
jberger@wclp.org  www.wclp.org

This message is from Western Center on Law & Poverty and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail, any attachments and any copies from your system. Thank you for your cooperation.

**From:** Westmoreland, Rachael (CIV) <Rachael.Westmoreland@usdoj.gov>
**Sent:** Thursday, February 29, 2024 4:13 PM
**To:** Jodie Berger <jberger@wclp.org>
**Cc:** Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>
**Subject:** RE: Erdmann - stipulation

> You don't often get email from rachael.westmoreland@usdoj.gov. Learn why this is important

Jodie,

I updated the language as we discussed. Will this work for Plaintiffs?

Thank you!
-Rachael

**From:** Westmoreland, Rachael (CIV)
**Sent:** Thursday, February 29, 2024 6:48 PM

**To:** Jodie Berger <jberger@wclp.org>
**Cc:** Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>
**Subject:** RE: Erdmann - stipulation

Hi Jodie,

Attached is an updated draft, reflecting a few edits by us. I think it will be most efficient to discuss them via phone, so I'm about to give you a call.

Thanks,
Rachael

This message is from Western Center on Law & Poverty and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this